# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DISTRICT COUNCIL OF IRON WORKERS OF ) 
THE STATE OF CALIFORNIA AND VICINITY )
on behalf of itself and on behalf of IRON )
WORKERS LOCAL UNION 433, )
                                        )
           Plaintiffs,                  )   Case No. 2:14-cv-01069-GMN-GWF
                                        )
vs.                                     )   **ORDER**
                                        )
CRESTVIEW CORPORATION,                  )
                                        )
           Defendant.                   )
_____)

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 30, 2014. Defendant filed its Answer (#7) on August 8, 2014. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **October 10, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 29th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge