UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DISTRICT COUNCIL OF IRON WORKERS OF THE STATE OF CALIFORNIA AND VICINITY on behalf of itself and on behalf of IRON WORKERS LOCAL UNION 433,<br><br>    Plaintiffs,<br><br>vs.<br><br>CRESTVIEW CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-01069-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Response to Order of September 29, 2014 (#12), filed on October 9, 2014. Plaintiff requests the Court's forbearance in regards to the Discovery Plan. The deadline for the filing of the Discovery Plan and Scheduling Order was October 10, 2014. The Court, finding good cause, grants an extension of this deadline. Accordingly,

**IT IS HEREBY ORDERED** that a Discovery Plan and Scheduling Order is due on or before **November 10, 2014**.

DATED this 10th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge