UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DISTRICT COUNCIL OF IRON WORKERS OF THE STATE OF CALIFORNIA AND VICINITY on behalf of itself and on behalf of IRON WORKERS LOCAL UNION 433,<br><br>Plaintiffs,<br><br>vs.<br><br>CRESTVIEW CORPORATION,<br><br>Defendant. | Case No. 2:14-cv-01069-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the Response to Order (#12) filed October 9, 2014, wherein Plaintiff advised the Court that this matter was in the final stages of settlement negotiations, and intended to submit a notice of dismissal with the following 30 days. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **November 28, 2014** advising the Court of the status of the settlement.

DATED this 18th day of November, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge